STATE OF NEW JERSEY v. JOHN A. MARTORELLI.

February 4, 1976. Petition for certification denied. (See 136 *N. J. Super.* 449)

JOAN KENNEY v. GOOD HUMOR CORP.

February 4, 1976. Petition for certification denied.

SANDRA GOREN v. DAVID GOREN.

February 4, 1976. Petition for certification denied.

CLARENCE E. EDMOND v. PUBLIC ADVOCATE OF THE STATE OF NEW JERSEY.

February 4, 1976. Petition for certification denied. (See 137 *N. J. Super.* 82)

MAYOR & BOROUGH COUNCIL OF FAIRFIELD v. ESSEX COUNTY IMPROVEMENT AUTHORITY.

February 4, 1976. Petition for certification denied.

JOYCE TORCHIN v. COLORFORMS, INC.

February 4, 1976. Petition for certification denied.